**UNITED STATES COURT OF APPEALS**
**Filed 11/7/95**
**TENTH CIRCUIT**

---

FRANCISCO NUNEZ CONTRERAS II,

    Plaintiff - Appellant,

v.

PRESIDENT HOWARD W. HUNTER,
President of The Church of
Jesus Christ of Latter-day
Saints; THE CHURCH OF JESUS
CHRIST OF LATTER-DAY SAINTS,
Gila Branch, Florence,
Arizona, Apache Junction Pinal
County,

    Defendants - Appellees.

No. 95-4126

D. Utah

(D.C. No. 95-CV-68)

---

**ORDER AND JUDGMENT**[*]

---

Before **ANDERSON**, **BALDOCK**, and **BRORBY**, Circuit Judges.

---

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. See Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9. This cause is therefore ordered submitted without oral argument.

---

[*]This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of the court's General Order filed November 29, 1993. 151 F.R.D. 470.

Contreras appeals the dismissal of his action against, inter alia, an official of the Church of Jesus Christ of Latter-day Saints. We have carefully reviewed the record and affirm the dismissal for the reasons set forth in the district court's Order filed on July 11, 1995. The mandate shall issue forthwith.

AFFIRMED.

ENTERED FOR THE COURT


Stephen H. Anderson
Circuit Judge